No. 99M12. SANDERS v. GRAMLEY, WARDEN. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 99M18. IN RE CLANCY. Motion to direct the Clerk to file submitted pleadings denied.

No. 99M20. ROTZINGER v. UNITED STATES ET AL. Motion to direct the Clerk to file petition for writ of certiorari that does not comply with the Rules of this Court denied.

No. 99M21. LAM, AKA MOODY v. MOODY. Motion to direct the Clerk to file petition for writ of certiorari denied.

No. 99M22. COUNCIL v. SOUTH CAROLINA. Motion for leave to proceed in forma pauperis without an affidavit of indigency executed by petitioner granted.

No. 8, Orig. ARIZONA v. CALIFORNIA ET AL. Report of the Special Master received and ordered filed. Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days. Reply briefs, if any, may be filed by the parties within 30 days. [For earlier order herein, see, e. g., 514 U. S. 1081.]

No. 98–238. WEST, SECRETARY OF VETERANS AFFAIRS v. GIBSON, 527 U. S. 212. Motion of respondent to retax costs denied, except that respondent is relieved of $45.56 in costs.

No. 98–1037. SMITH, WARDEN v. ROBBINS. C. A. 9th Cir. [Certiorari granted, 526 U. S. 1003.] Motion of petitioner. to strike lodged materials denied, except that the uncertified transcript of the oral argument before the United States Court of Appeals for the Ninth Circuit is stricken.